COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/3/2015 3:37:23 PM
Accepted 11/3/2015 4:02:28 PM
ABEL ACOSTA
CLERK

# PD-1174-15

## SORRELS | UDASHEN | ANTON

*Attorneys and Counselors at Law*

BOARD CERTIFIED—CRIMINAL LAW AND CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

gau@sualaw.com
2311 Cedar Springs Rd.
Suite 250
Dallas, TX 75201
**214.468.8100**
fax 214.468.8104
www.sualaw.com

November 3, 2015

Court of Criminal Appeals
P. O. Box 12308
Austin, Texas 78711

RE:  *Henry Andre Winzer v. The State of Texas*
No. PD-1174-15

Your Honors:

In connection with the issue raised in this Petition for Discretionary Review, I wanted to bring to your attention that on November 2, 2015, the United States Supreme Court heard arguments in the case of *Foster v. Chatman*, No. 14-8349, where the issue is whether the Georgia courts erred in failing to recognize race discrimination under *Button v. Kentucky*, 476 U.S. 79 (1986). This is the same issue before the court in the case at bar.

Yours very truly,

Gary A. Udashen

GAU:ps

cc:  Kaufman County District Attorney

State Prosecuting Attorney

FILED IN
COURT OF CRIMINAL APPEALS

November 3, 2015

ABEL ACOSTA, CLERK